**[3]**
ALLAN B. DIAMOND (*Pro Hac Vice*)
CHRISTOPHER D. SULLIVAN (148083)
LYNN HOLLENBECK (181473)
KAREN K. DIEP (305587)
DIAMOND McCARTHY, LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: adiamond@diamondmccarthy.com
csullivan@diamondmccarthy.com
lynn.hollenbeck@diamondmccarthy.com
kdiep@diamondmccarthy.com

Special Litigation Counsel for Plaintiff,
International Manufacturing Group, Inc.,
a Liquidating Debtor, by and through
The Beverly Group, Inc., Plan Administrator

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>   Debtor. | Case No. 14-25820-D11<br><br>Adv. Proc. No. 15-02122<br><br>DCN: FEC-3<br><br>Chapter 11 |
| BEVERLY N. McFARLAND, Chapter 11 Trustee for International Manufacturing Group, Inc.,<br><br>   Plaintiff,<br><br>   vs.<br><br>LARRY A. CARTER, JACK T. SWEIGART, VICTORIA J. SWEIGART, JTS COMMUNITIES, INC., C.I.M.G. JV, LLC, BRISTOL INSURANCE COMPANY, AND SCB INVESTMENTS,<br><br>   Defendants. | **THIRD JOINT STATUS REPORT FOR STATUS CONFERENCE**<br><br>Status Conference Set For:<br><br>Date: January 21, 2020<br>Time: 1:30 p.m.<br>Place: 501 I Street, 7th Floor<br>         Sacramento, CA 95814<br>Crtrm: 28<br>Judge: Hon. Fredrick Clement |

Filed 01/15/20 Case 15-02122 Doc 397

1    This Third Joint Status Report is submitted by Plaintiff International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc., Plan Administrator, successor to Beverly N. McFarland, Chapter 11 Trustee of International Manufacturing Group, Inc. ("Plaintiff"), and Defendants Larry A. Carter, Jack T. Sweigart, Victoria J. Sweigart, JTS Communities, Inc., C.I.M.G. JV, LLC, Bristol Insurance Company, and SCB Investments ("Defendants") (collectively, "Parties"), by and through their respective undersigned counsel, pursuant to the Court's order reflected in the Civil Minutes of the January 6, 2020 hearing (Dkt. No. 392) ("Minute Order") and supplements the parties' Joint Status Reports filed on October 14, 2019 (Dkt. No. 311) and January 7, 2020 (Dkt. No. 388).

1.    <u>Telephonic Meet and Confer</u>:  Pursuant to the Minute Order, Plaintiff and Defendants met and conferred through their counsel by telephone on January 14, 2020, to address the issues reflected in the Minute Order, specifically to determine if a stipulation can be constructed to submit certain invoices under seal.

2.    <u>Plaintiff's Non-Opposition to Motion to File Under Seal</u>

Following the Parties' telephonic meet and confer, Defendants provided Plaintiff with an unredacted copy of the Supplemental Declaration of Ian W. Craig in Support of Defendants' Motion for Attorneys' Fees and Costs and invoices referenced therein.  On January 15, 2020, Counsel for Defendant filed a Motion to File Under Seal Exhibits to Supplemental Declaration of Ian W. Craig in Support of Motion for Attorneys' Fees and Costs Following Plaintiff's Motion to Withdraw Admissions. Defendants will file the Supplemental Compendium of Exhibits in Support of the Supplemental Declaration of Ian W. Craig with the redacted Exhibits upon approval of Defendants' application. Counsel for Plaintiff indicated that he would not oppose Defendants' Motion to Seal.

3.    <u>Briefing on Privilege Issues</u>

Pursuant to the Minute Order, the Court invited the Parties to file briefs on the issues of (A) choice of law; (B) applicability of the attorney-client privilege; and (C) waiver. The Parties agree that filing briefs on these issues is moot in light of this agreement but will submit briefs only if requested by the Court.

WHEREFORE, the parties present their Third Joint Status Conference and joint requests for procedural relief as set forth herein.

2    Third Joint Status Report

| | | |
|---|---|---|
| 1 | Dated:  January 15, 2020 | DIAMOND MCCARTHY LLP |
| 2 | | |
| 3 | | By: */s/ Christopher D. Sullivan* |
| 4 | | Christopher D. Sullivan<br>Special Litigation Counsel for Plaintiff, |
| 5 | | International Manufacturing Group, Inc., a<br>Liquidating Debtor, by and through The Beverly |
| 6 | | Group, Inc., Plan Administrator |
| 7 | Dated:  January 15, 2020 | LAW OFFICES OF IAN W. CRAIG, PC |
| 8 | | |
| 9 | | By: */s/ Ian W. Craig* |
| 10 | | Ian W. Craig<br>Attorneys for Defendants |